```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 02376
   MYRA L PEREZ
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-4840


--------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
   The case was filed on 02/12/2007 and was confirmed 10/01/2007.

   The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

   The case was completed - no discharge 08/11/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
EVERHOME MORTGAGE           CURRENT MORTG         .00          .00           .00
EVERHOME MORTGAGE           MORTGAGE ARRE     2939.13          .00       2939.13
ASSET ACCEPTANCE LLC        UNSEC W/INTER      370.03        23.16        370.03
AT&T                        UNSEC W/INTER NOT FILED           .00           .00
AT&T                        UNSEC W/INTER NOT FILED           .00           .00
CHASE BANK USA NA           UNSEC W/INTER      162.51        10.15        162.51
NCO FINANCIAL               UNSEC W/INTER      226.26         5.13        226.26
NICOR GAS                   UNSEC W/INTER NOT FILED           .00           .00
MCI COMMUNICATIONS          UNSEC W/INTER NOT FILED           .00           .00
NATIONAL CAPITAL MANAGEM    UNSEC W/INTER      225.55        14.06        225.55
ROBERT J SEMRAD & ASSOC     DEBTOR ATTY       1,464.00                   1,464.00
TOM VAUGHN                  TRUSTEE                                        391.23
DEBTOR REFUND               REFUND                                       2,380.67

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                  RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              8,211.88

PRIORITY                                         .00
SECURED                                      2,939.13
UNSECURED                                      984.35
    INTEREST                                    52.50
ADMINISTRATIVE                               1,464.00
TRUSTEE COMPENSATION                           391.23
DEBTOR REFUND                                2,380.67
                                            ---------------
TOTALS               8,211.88                8,211.88



               PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 02376 MYRA L PEREZ
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                                      /s/ Tom Vaughn

Dated: 01/29/09                 _____
                                              TOM VAUGHN
                                              CHAPTER 13 TRUSTEE